# Court of Appeals
# of the State of Georgia

ATLANTA,___June 18, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1810.  DONYALE TURNER v. DISCOVER BANK.**

Donyale Turner filed this direct appeal from the superior court's order denying her traverse in a garnishment action.  Appeals in cases involving garnishment must be initiated by discretionary application filed with this Court.  OCGA § 5-6-35 (a) (4) and (b); *Maloy v. Ewing*, 226 Ga. App. 490 (486 SE2d 708) (1997).  Turner's failure to follow the required procedure deprives this Court of jurisdiction, and this appeal is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/18/2014_____
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*